| STATE OF INDIANA | ) | JASPER SUPERIOR COURT |
| --- | --- | --- |
| | )SS: | RENSSELAER, INDIANA |
| COUNTY OF JASPER | ) | |

VANN LAWSON, )
    Plaintiff, )
vs. )
) CAUSE NO. **37D01-1912-PL-001288**
LOVE'S TRAVEL STOPS AND )
COUNTRY STORES, INC., )
    Defendants. )

## COMPLAINT

### LEGAL PARAGRAPH I

Comes now the Plaintiff, Vann Lawson, (hereinafter "Lawson") by counsel, Emily S. Waddle, and for her Legal Paragraph One of her cause of action against the Defendants, alleges as follows:

1. Love's Travel Stops And County Stores, Inc. (hereinafter "Love's") is a Foreign For Profit Corporation organized in the State of Oklahoma and registered to do business in the State of Indiana.

2. Love's Travel Stops and Country And Store's Inc. owned and operated as a Fuel Station and Truck Stop located at 11207 West Drive, DeMotte, in the County of Jasper, State of Indiana. Said premises is open to the public providing general goods, services and fuel near Interstate I65. The premises is a highly trafficked area where people come and go at all times of the day.

3. On or about the 2nd day of January, 2018, Lawson was a customer in the aforesaid establishment. As such, Lawson was a business invitee on the premises and Love's owed him a duty of care to make sure that the premises was safe for his use.

4. As Lawson was exiting the premises after having wherein he slipped and violently fell on ice located outside the building in the parking lot in an area business invitees would be expected to walk on.

5. Love's knew or should have known that the area outside of the place of business were

slippery and in a dangerous state due to the ice. Love's failed to take appropriate care to correct the problem and make the area safe for customers and visitors to come and go from.

6. Said failure to execute the appropriate care thereby breaches the duty of care owed to Lawson. Said failure to take appropriate steps to correct the dangerousness and slipperiness of the sidewalk outside the business was negligent on behalf of Love's.

7. Said negligence was a direct and proximate cause of the injuries suffered by Lawson.

8. Due to Love's negligence and failure to keep the premises safe, in a state of good repair and their failure to maintain the sidewalks and parking lot area outside the business in a safe condition, the Plaintiff suffered injuries that required substantial medical treatment and resulted in medical expenses.

9. The Plaintiff also suffered extreme discomfort and pain, which interfered with his normal everyday activities.

10. The Plaintiff continues to have extreme discomfort.

11. Said injuries, expenses, pain and discomfort were directly and proximately caused by Love's 's negligence.

WHEREFORE, the Plaintiff prays for judgment against the Defendant for damages suffered as a result of the negligence, interest, costs of this action, and all other relief just and proper in the premises.

## LEGAL PARAGRAPH II

The Plaintiff hereby demands trial by jury against the Defendant.

/s/    Emily S. Waddle
Emily S. Waddle Attorney #24003-37
Attorney at Law
524 S. Halleck St. P.O. Box 548
DeMotte, IN 46310
(219)-987-6200 Fax(219)-987-6331